# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS BUDASZ,

    Plaintiff(s),

v.

NATIONSTAR MORTGAGE, LLC, et al.,

    Defendant(s).

2:12-CV-1396 JCM (VCF)

## ORDER

Presently before the court is defendants Fannie Mae et al.'s motion to dismiss. (Doc. # 4). Plaintiff Dennis Budasz failed to file an opposition.

"To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "Where a complaint pleads facts that are 'merely consistent' with a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'" *Id.* (citing *Bell Atlantic*, 550 U.S. at 557). However, where there are well pled factual allegations, the court should assume their veracity and determine if they give rise to relief. *Id.* at 1950.

Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the

**James C. Mahan**
**U.S. District Judge**

1  district court is required to weigh several factors: "(1) the public's interest in expeditious resolution
2  of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4)
3  the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic
4  sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d
5  1421, 1423 (9th Cir. 1986)).

6  In light of the plaintiff's failure to respond and weighing the factors identified in *Ghazali*,
7  the court finds dismissal appropriate.

8  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to
9  dismiss (doc. # 4) be, and the same hereby is, GRANTED. The case is hereby dismissed without
10 prejudice.

11 DATED August 29, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -