Abran E. Vigil, Esq.
Nevada Bar No. 7548
Edward Chang, Esq.
Nevada Bar No. 11783
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

*Attorneys for Defendants
Nationstar Mortgage, LLC;
Fannie Mae, a/k/a
Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS BUDASZ; <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company, FANNIE MAE, A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES I–C, inclusive, <br><br> Defendants. | Case No. 2:12-cv-01396-JCM-VCF <br><br> STIPULATION TO WITHDRAW MOTIONS AND EXPUNGE LIS PENDENS AND ORDER OF DISMISSAL <br><br> (FIRST REQUEST) |

Plaintiff Dennis Budasz ("Plaintiff"), by and through his counsel of record, HAWKINS LAW FIRM, and defendants, Nationstar Mortgage, LLC ("Nationstar") and Fannie Mae, a/k/a Federal National Mortgage Association ("Fannie Mae," and collectively, as the "Parties"), by and through their counsel of record, BALLARD SPAHR LLP, hereby file this stipulation to withdraw motions and expunge the lis pendens on the subject property. The Parties hereby stipulate and agree as follows:

**Plaintiff's Motion to Set Aside Order Dismissing Case and Other Relief Pursuant to FRCP 60 [Docket No. 16]**

1.  Plaintiff filed his Motion to Set Aside Order Dismissing Case and Other Relief Pursuant to FRCP 60 [Docket No. 16] on September 6, 2012.

DMEAST #15720161 v2

2. Nationstar and Fannie Mae filed their Response to Plaintiff's Motion to Set Aside Order Dismissing Case and Other Relief Pursuant to FRCP 60 [Docket No. 20] on September 24, 2012.

3. Plaintiff has agreed to withdraw his Motion to Set Aside Order Dismissing Case and Other Relief Pursuant to FRCP 60 [Docket No. 16].

**Nationstar and Fannie Mae's Bill of Costs [Docket No. 17] and Motion for Attorneys' Fees and Non-Taxable Costs [Docket No. 18]**

4. Nationstar and Fannie Mae filed their Bill of Costs [Docket No. 17] on September 12, 2012.

5. Nationstar and Fannie Mae also filed their Motion for Attorneys' Fees and Non-Taxable Costs [Docket No. 18] on September 12, 2012.

6. Nationstar and Fannie Mae have agreed to withdraw their Bill of Costs [Docket No. 17] and their Motion for Attorneys' Fees and Non-Taxable Costs [Docket No. 18].

**Plaintiff's Notice of Lis Pendens**

7. Plaintiff filed his Notice of Lis Pendens dated July 11, 2012 and recorded July 12, 2012 as instrument number 201207120001548 in the Official Records of the Clark County Recorder's Office.

8. Plaintiff has agreed to expunge his Notice of Lis Pendens.

*[Remainder of Page Intentionally Left Blank]*

DMEAST #15720161 v2

9. In exchange for Plaintiff's withdrawal of his Motion to Set Aside Order Dismissing Case and Other Relief Pursuant to FRCP 60 [Docket No. 16] and Nationstar's and Fannie Mae's withdrawal their Bill of Costs [Docket No. 17] and their Motion for Attorneys' Fees and Non-Taxable Costs [Docket No. 18], the Parties agree that the case may be dismissed with prejudice.

IT IS SO STIPULATED.

Dated this ___ day of September, 2012         Dated this 27th day of September, 2012

HAWKINS LAW FIRM                              BALLARD SPAHR LLP

/s/ RE Hawkins
Richard E. Hawkins, Esq.                      Abran E. Vigil, Esq.
Nevada Bar No. 3731                           Nevada Bar No. 7548
3025 South Maryland Parkway                   Edward Chang, Esq.
Suite A                                       Nevada Bar No. 11783
Las Vegas, Nevada 89109                       100 North City Parkway, Suite 1750
                                              Las Vegas, Nevada 89106
*Attorney for Plaintiff*
                                              *Attorneys for Defendants*
                                              *Nationstar Mortgage, LLC, and Fannie*
                                              *Mae, a/k/a Federal National Mortgage*
                                              *Association*

IT IS HEREBY ORDERED that Plaintiff's Motion to Set Aside Order Dismissing Case and Other Relief Pursuant to FRCP 60 [Docket No. 16] is withdrawn.

IT IS HEREBY FURTHER ORDERED that Nationstar's and Fannie Mae's Bill of Costs [Docket No. 17] and Motion for Attorneys' Fees and Non-Taxable Costs [Docket No. 18] are withdrawn.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall expunge his Notice of Lis Pendens recorded July 12, 2012 as instrument number 201207120001548 in the Official Records of Clark County Recorder's Office.

/ / /

/ / /

DMEAST #15720161 v2

1  IT IS HEREBY FURTHER ORDERED that the above-entitled case is hereby
2  dismissed with prejudice.

3  **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1, 2012

DMEAST #15720161 v2